COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-18-01047-CV |
| Style: | George W. Campbell and Sheila Smith v. DLJ Mortgage Capital, Inc. Its Successors and/or Assigns |
| Date motion filed*: | May 15, 2019 |
| Type of motion: | Motion to Reconsider Dismissal |
| Party filing motion: | Appellants George W. Campbell and Sheila Smith |
| Document to be filed: | Response to Motion for Rehearing; Evidence of payment of clerk's record fee |

Is appeal accelerated?  No

Ordered that motion is:

☐ Granted

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

☑ Other: _____

The Court requests appellee's response to appellants' "Motion to Reconsider Dismissal," construed as a motion for rehearing, within 10 days of the date of this Order. *See* TEX. R. APP. P. 49.2. Appellants must file evidence of payment, or arrangements to pay, the clerk's record fee to the district clerk within 10 days of the date of this Order. *See* TEX. R. APP. P. 37.3(b), 42.3(c).

Judge's signature: _____/s/ Laura C Higley_____
　　　　　　　　　 ☑ Acting individually　　　☐ Acting for the Court
Date: __May 23, 2019_____